**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **LIONEL ALEXANDER, ID # 42505-177,** ) | |
| Movant, ) | |
| vs. ) | No. 3:13-CV-4728-D |
| ) | (No. 3:10-CR-306-D (01)) |
| **UNITED STATES OF AMERICA,** ) | |
| Respondent. ) | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the April 9, 2014 findings, conclusions, and recommendation of the magistrate judge, the court concludes that the conclusions and recommendation are correct and are therefore adopted.

Accordingly, movant's April 7, 2014 motion for summary judgment is denied.

**SO ORDERED**.

April 30, 2014.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE